IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALICIA MCWHORTER, etc., el al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 05-0278-WS-M |
| | ) |
| **MASON AND DIXON LOGISTICS** | ) |
| **SERVICES, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This action was recently removed from state court.  Although ignored by the notice of removal, (Doc. 1), the defendants' action appears to be proper under the doctrine of complete preemption.  *See Hoskins v. Bekins Van Lines*, 343 F.3d 769, 778 (5th Cir. 2003); *United States Aviation Underwriters, Inc. v. Yellow Freight System, Inc*., 296 F. Supp. 2d 1322, 1338-39 (S.D. Ala. 2003).  The plaintiffs are **ordered** to file any motion to remand they may nevertheless wish to file on or before **June 10, 2005**.

DONE and ORDERED this 16th day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE