# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALICIA MCWHORTER, etc., el al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 05-0278-WS-M |
| | ) |
| **MASON AND DIXON LOGISTICS** | ) |
| **SERVICES, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on the plaintiffs' "Response to Notice of Removal," (Doc. 3), which the Court has construed as a motion to dismiss. (Doc. 4). The grounds of the motion are that the state court judge had granted the plaintiffs' motion to dismiss prior to the time the defendants removed the action to federal court. The defendants agree with this rendition of the facts and consent to dismissal of this action. (Doc. 5). Accordingly, the plaintiffs' motion to dismiss is **granted**. This action is **dismissed without prejudice**. Because there was no underlying action to be removed, this dismissal does not count against the plaintiffs under either Alabama or Federal Rule of Civil Procedure 41(a)(1).

DONE and ORDERED this 3rd day of June, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE